UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33452 |
|---|---|
| SHURLON K. ROWE | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4035530**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 10 | CHARMING SHOPPES FASHION BUG<br>% FIRST EXPRESS<br>BOX 856021<br>LOUISVILLE, KY  40285 | 33.38 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/4/2010

Certificate of Service                    06-33452

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

SHURLON K. ROWE
17 LAWNDALE AVE.
LEBANON, OH  45036

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(10.1)
CHARMING SHOPPES FASHION BUG
% FIRST EXPRESS
BOX 856021
LOUISVILLE, KY  40285

(25.1n)
EMC MORTGAGE CORP
BOX 829009
DALLAS, TX  75382

(23.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(26.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv